# Morgan Lewis

**Lily G. Becker**
Associate
+1.215.963.5055
lily.becker@morganlewis.com

October 26, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs D.J.C.V. and G.C. in the above-captioned action.  The United States of America ("Defendant") filed a motion to dismiss the complaint on October 16, 2020.  *See* Dkt. Nos. 21-25.  On October 19, 2020, this Court ordered that Plaintiffs were permitted to either amend their complaint or oppose the motion to dismiss by November 6, 2020.  *See* Dkt. No. 26.

The parties previously requested that Defendant be given until October 16, 2020 to file its motion to dismiss, with Plaintiffs' response being due on November 24, 2020 and Defendant's reply brief being due on December 15, 2020.  The Court granted the extension for Defendant to respond to the complaint, and stated that it was "amenable to an extended briefing schedule and will entertain an application for such a schedule once the motion to dismiss has been filed." *See* Dkt. No. 18.  Since the filing of the motion to dismiss, the parties have conferred and write to respectfully request that the Court enter the extended briefing schedule set forth herein in relation to Plaintiffs' response to Defendant's motion to dismiss.  In light of the significant legal issues presented by Defendant's motion to dismiss, counsel's intervening work commitments, and intervening holidays, Plaintiffs respectfully request that they be provided until **December 8, 2020** to file either their amended complaint or opposition to Defendant's motion to dismiss.  Thereafter, the parties propose that Defendant's reply brief be due on **January 8, 2021**.

If this extended briefing schedule is not acceptable to the Court, the parties respectfully request that the Court enter the briefing schedule previously requested, with Plaintiffs' response to the motion to dismiss or amended complaint due by November 24, 2020, and Defendant's reply brief due by December 15, 2020.

The parties thank the Court for its attention to this matter.

The Honorable Paul A. Engelmayer
October 26, 2020
Page 2

Respectfully,


Lily G. Becker

LB